3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAURICE HULL,<br><br>    Defendant.<br>_____/ | Case: 2:25-cr-20434<br>Judge: Michelson, Laurie J.<br>MJ: Altman, Kimberly G.<br>Filed: 06-11-2025 At 02:55 PM<br>INDI USA V MAURICE HILL (LG)<br><br>Violation:<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of Ammunition*

On or about May 9, 2025, in the Eastern District of Michigan, Southern Division, the defendant, MAURICE HULL, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, that is: Federal Cartridge 9mm ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATION

Upon conviction of the offense charged in Count One of this Indictment, Maurice Hull shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense including but not limited to: Federal Cartridge 9mm ammunition.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Organized Crime Unit

*s/Barbara Lanning*
Barbara Lanning
Assistant United States Attorney

Dated: June 11, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:25-cr-20434<br>Judge: Michelson, Laurie J.<br>MJ: Altman, Kimberly G.<br>Filed: 06-11-2025 At 02:55 PM<br>INDI USA V MAURICE HILL (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐ Yes ☑ No | AUSA's Initials: *s/B.L.* |

Case Title: <u>USA v. Maurice Hull</u>

County where offense occurred: <u>Wayne</u> ✓

Offense Type: <u>Felony</u>

Indictment -- prior complaint **[Case No. 25-MJ-30332]**

### Superseding Case Information

Superseding to Case No: _____ Judge: _____

Reason:

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

June 11, 2025 ✓
Date

*Barbara Lanning*
Barbara Lanning
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Barbara.Lanning@usdoj.gov
(313) 226-9103
Bar #: P79186

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.